# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08 C 5052

Marisol Marquez, et al., v. United States of America, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Mount Sinai Hospital Medical Center of Chicago

| |
|---|
| NAME (Type or print)<br>    Joseph L. Nelson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>    /s/    Joseph L. Nelson |
| FIRM<br>    Anderson, Rasor & Partners, LLP |
| STREET ADDRESS    55 East Monroe Street |
| CITY/STATE/ZIP    Chicago, Illinois 60603 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)    TELEPHONE NUMBER    312-469-5051<br>06291844 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES    NO **X** |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES    NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES    NO **X** |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES    NO **X** |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that in accordance with FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

## ATTORNEY APPEARANCE FORM

was served pursuant to the district court's ECF system as to ECF filers, if any, and was sent by first-class mail on September 8, 2008, to the following non-ECF filers:

Randy Gudmundson
Sherry Mundorff
KOMINIAREK, BRESLER, HARVICK & GUDMUNDSON
33 North Dearborn, Suite 700
Chicago, Illinois 60602

Robert M. Romero
ROBERT M. ROMERO, P.C.
180 N. Stetson, Suite 1350
Chicago, Illinois 60601

By:  s/ Joseph L. Nelson
JOSEPH L. NELSON
ANDERSON, RASOR & PARTNERS, LLP
55 E. Monroe, Suite 3650
Chicago, Illinois 60603
312.469.5051
Joseph.Nelson@ARandPartners.com

*Attorney for the Defendant,*
*Mount Sinai Hospital Medical Center of Chicago*